**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § |
| | § CASE NUMBER 6:14-CR-00069-JDK-|
| JESSE LEON CHRISTIAN, | § KNM |
| | § |
| Defendant. | § |

## REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

On August 11, 2022, the court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Jesse Leon Christian. The government was represented by Alan Jackson, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Matthew Millslagle, Federal Public Defender.

Defendant originally pled guilty to the offense of Mailing a Threatening Communication, a Class C felony. The United States Sentencing Guideline range for this offense, based on a total offense level of 10 and a criminal history category of VI, was 24 to 30 months. On May 7, 2015, District Judge Michael H. Schneider sentenced Defendant to 24 months imprisonment followed by three years of supervised release, subject to the standard conditions of release, plus special conditions to include Sex Offender Registration; financial disclosure; testing and treatment for drug abuse; restrictions from pornography; and a condition for search/seizure. On April 12, 2019, Defendant completed his term of imprisonment and began his term of supervised release.

Under the terms of supervised release, Defendant was required to report to the probation office in the federal judicial district where Defendant was authorized to reside within 72 hours of his release from imprisonment, unless informed differently by a probation officer. In Allegation 2 of its petition, the government alleges Defendant violated the conditions of his supervised release

when he failed to report to the probation officer in Plano, Texas within 72 hours of his release from incarceration on June 2, 2022. If the court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by failing to report to the probation officer in Plano, Texas within 72 hours of his release from incarceration on June 2, 2022, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.1(a). Upon a finding of a Grade C violation, the court may revoke the term of supervision. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of VI, the Guideline imprisonment range for a Grade C violation is 8 to 14 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision by committing the acts as alleged in Allegation 2 of the government's petition. In exchange, the government agreed to recommend to the court a sentence of 12 months and 1 day imprisonment, with no supervised release to follow.

The court therefore **RECOMMENDS** that Defendant Jesse Leon Christian's plea of true be accepted and he be sentenced to a term of 12 months and 1 day imprisonment, with no supervised release to follow. The court further **RECOMMENDS** that Defendant serve his sentence at U.S.P. Tucson, that he attend the Challenge program if available, and that he receive drug treatment, if available. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 11th day of August, 2022.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE